UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 24-CR-574-BAH |
| BRANDON D. SMITH | : | |

### UNOPPOSED MOTION TO CONTINUE PRETRIAL DEADLINES

Mr. Brandon D. Smith, through undersigned counsel, respectfully moves this this court to extend the time for filing the joint pretrial statement and replies due this Friday, February 14. In support, Mr. Smith shows the following:

1. On December 18, 2024, a grand jury returned a one-count indictment charging Mr. Smith with unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g).

2. On January 10, 2025, this court ordered the parties to file pretrial motions by January 24, 2025, with replies to be due on Friday, February 14, 2025. This court also ordered the parties to submit a joint pretrial statement by Friday, February 14, 2025.

3. Jury selection and trial are set to begin on March 10, 2025 at 9:00 a.m.

4. Lead counsel for Mr. Smith had a medical emergency and is in the hospital. He is not expected to be discharged until at least Thursday, February 13, 2025.

5. Mr. Smith therefore respectfully requests this court continue the Friday, February 14 deadlines one-week to Friday, February 21, 2025. The government does not oppose this motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
TEZIRA ABE
BENJAMIN SCHIFFELBEIN
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500